# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| LATOYA KAIGLER<br>*Plaintiff(s)*<br>v.<br>INSTANT BRANDS, INC.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-CV-00887-EEF-JVM |

## **DECLARATION OF KARINA SHREEFER**

I, Karina Shreefer, declare and say as follows:

1. I am an attorney at Shreefer Law Firm, LLC, a law firm specializing in international litigation consulting including international service of process.

2. On or about June 10, 2020, Plaintiff's attorneys retained Shreefer Law Firm, LLC to serve process upon defendant Instant Brands, Inc. located in Ontario, Canada. Canada is a member of the Hague Service Convention, a Treaty regulating international service of process in member nations. In *Volkswagen v. Schlunk*, 486 US 694 (1988), the US Supreme Court held that service in countries party to the Hague Convention must comply with its provisions.

3. Shreefer Law Firm retained a private process server in Ontario, Couvrette Legal Services, to serve Instant Brands via Article 10(b) of the Hague Convention. Because of the Covid-19 epidemic, Instant Brands, like most Canadian businesses, had been closed since late March. According to Couvrette Legal Services, Instant Brands has recently been staffed

periodically but without notice so the only way to effect service was to stop by the business in the hopes of finding someone present.

4. Couvrette Legal Services was able to serve Instant Brands, Inc. on June 24.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Merriam, Kansas this \_\_\_1st\_\_\_ day of July 2020.

_____
Karina Shreefer, Esq.